## ANN DIAZ *v.* HOUSING AUTHORITY OF THE CITY OF STAMFORD ET AL.
## (AC 19214)

O'Connell, C. J., and Landau and Daly, Js.

Argued February 17—officially released March 14, 2000

Per Curiam. The decision of the workers' compensation commissioner is affirmed.

## IN RE ERNEST J. COCKAYNE'S APPEAL FROM PROBATE
## (AC 19184)

Lavery, Landau and Spallone, Js.

Argued February 25—officially released March 14, 2000

Per Curiam. The judgment is affirmed.

## REYNALDO RAMOS *v.* COMMISSIONER OF CORRECTION
## (AC 17363)

Lavery, Landau and Spallone, Js.

Argued February 25—officially released March 14, 2000

Per Curiam. The judgment is affirmed.